UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  22-11451
Andrea M Frandria  )
 )  Chapter: 13
 )  Honorable Carol A. Doyle
 )
 )
Debtor(s)  )

## ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY

This cause coming to be heard on Motion of the Debtor to extend the automatic stay,

IT IS HEREBY ORDERED:

1. That the automatic stay is hereby EXTENDED as to all creditors, pursuant to Section 362(c)(3)(B).

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: October 25, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600